IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEREMEY BELL aka JEREMY BELL and CYNTHIA BELL,<br><br>          Plaintiffs,<br><br>v.<br><br>ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY,<br><br>          Defendant. | Case No. CIV-14-00537-RAW |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiffs, Jeremey Bell aka Jeremy Bell and Cynthia Bell, and Defendant, Allstate Vehicle and Property Insurance Company, by and through their respective counsel, pursuant to Fed. R. Civ. P. 41 (a)(1), hereby jointly stipulate to the dismissal of Plaintiffs' claims against Defendant in their entirety with prejudice to their refiling. Each party shall bear their own attorney's fees and cost.

Dated this 06 day of February 2015.

| | |
|---|---|
| s/ JOHN P. ZELBST<br>John P. Zelbst, OBA # 9991<br>Chandra L. Holmes Ray, OBA # 14254<br>David Butler, OBA # 16912<br>411 S.W. 6th Street / P.O. Box 365<br>Lawton, Oklahoma 73502-0365<br>Tel: 580-248-4844<br>Fax: 580-248-6916<br>*Attorneys for Plaintiffs* | s/ RONALD L. WALKER<br>RONALD L. WALKER, OBA #9295<br>JERRY D. NOBLIN, JR., OBA #20296<br>TOMLINSON · RUST · MCKINSTRY · GRABLE<br>Two Leadership Square, Suite 450<br>211 North Robinson Ave.<br>Oklahoma City, OK 73102<br>Telephone: 405/606-3370<br>Facsimile: 877/917-1559<br>E-mail: ronw@trmglaw.com<br>*Attorneys for Defendant* |